UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
RITA PERROTTI ("Pro Se"),      )
                               )
        Plaintiff,             )   C.A. No. 1:05-cv-10126-RGS
                               )
        v.                     )
                               )
MICHAEL O. LEAVITT, Secretary of )
the U.S. Department of Health  )
and Human Services,            )
                               )
        Defendant.             )
_____)
```

DEFENDANT'S ANSWER

Defendant, the Secretary of the U.S. Department of Health and Human Services, hereby answers the Complaint of plaintiff, Rita Perrotti, as follows:

General Denial

Defendant denies all allegations set forth in plaintiff's Complaint not otherwise admitted below.

Specific Denials and Responses

Answering the specific numbered paragraphs of plaintiff's Complaint, defendant states as follows:

(1)  Admitted.

(2)  With respect to paragraph 2, defendant admits that, on December 19, 2002, plaintiff was transported by ambulance from Speare Memorial Hospital in Plymouth, New Hampshire, to Lawrence Memorial Hospital in Medford, Massachusetts.  Defendant denies the remaining allegations of this paragraph.

(3)  With respect to paragraph 3, defendant admits that plaintiff's Medicare claim has been denied.  Defendant denies the remaining allegations of this paragraph.

2

(4)  Denied.

<u>General Response</u>

The decision of the Secretary affirming the denial of plaintiff's Medicare claim is supported by substantial evidence contained in the administrative record.  Moreover, the Secretary's decision is not arbitrary and capricious, based on an abuse of discretion, or otherwise not in accordance with the law. Accordingly, pursuant to 42 U.S.C. § 405(g), the Secretary's decision should be affirmed.  Therefore, the Secretary plans to file a motion affirming his decision denying plaintiff's complaint.


                              Respectfully Submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

Dated: April 20, 2005    By:  <u>/s/ Christopher Alberto</u>
                              Christopher Alberto
                              Assistant U.S. Attorney
                              United States Courthouse,
                              Suite 9200
                              1 Courthouse Way
                              Boston, MA   02210
Of Counsel:                   617-748-3311

ALEX M. AZAR II
General Counsel

NANCY S. NEMON
Chief Counsel, Region I

CLIFFORD M. PIERCE
Assistant Regional Counsel
Department of  Health and Human Services
J.F.K. Bldg., Rm. 2250
Boston, MA 02203
(617) 565-2379