UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RITA PERROTTI

    V.                                              CIVIL ACTION NO. 05-10126-RGS

SECRETARY OF HEALTH & HUMAN
SERVICES

# O R D E R

STEARNS, DJ.                                                    SEPTEMBER 14, 2005

      Plaintiff has filed a Complaint in the above-captioned action, and seeks a review of the disallowance by the Secretary of Health and Human Services. The defendant has filed an answer and the administrative record. These cases are normally considered on motions to affirm or reverse the decision of the Secretary.

      Therefore, IT IS HEREBY ORDERED that the parties shall file appropriate motions to affirm or reverse the decision of the Secretary, with supporting legal memoranda, on or before NOVEMBER 30, 2005.

      SO ORDERED.

                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE

      BY:

                                /s/ Mary H. Johnson
                                  Deputy Clerk