UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RITA PERROTTI

   V.

                        CIVIL ACTION NO. 05-10126-RGS

SECRETARY OF HEALTH & HUMAN SERVICES

## ORDER OF DISMISSAL

**STEARNS, DJ.**                               **JANUARY 10, 2006**

    THIS COURT HAVING ALLOWED THE DEFENDANT'S MOTION TO AFFIRM THE DECISION OF THE SECRETARY,

    IT IS HEREBY ORDERED:   THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

    SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

    BY:

                /s/ Mary H. Johnson
                   Deputy Clerk