January 10, 2006

RE: Rita Perrotti v. Secretary of HHS
   Civil Action No. 05-10126-RGS

**Mrs. Perrotti:**

**I spoke with your daughter this morning.**

**Enclosed please find an Order of Dismissal, pursuant to the allowance by Judge Stearns of the Govt's Motion to Affirm the Decision of the Secretary of HHS back in December.   It is my understanding that you will now, within the next 14 days,  file a Motion for Reconsideration of the Judge's allowance of that motion.   Once the Motion for Reconsideration is filed, the Government then has 14 days to file a response to that motion.   Then the motion and the Govt's response  will be brought to Judge Stearns for his ruling.  Should the motion for reconsideration be denied, the next step is filing a Notice of Appeal to the U. S. Court of Appeals for the First Circuit.**

Mary Johnson
Deputy Clerk
U. S. District Court - Boston