① 

2/5/06

Rita Perrotti (Pro-Se')
 (Plaintiff)
       v.
Michael O. Leavitt, Secretary of the United States
Department of Health and Human Services
   (Defendant)

Civil Action: H0510126RGS
HIC # 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 A
Docket # 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

<u>Response To The Defendant Opposition To The Motion For Reconsideration.</u>

The Plaintiff (Rita Perrotti) is hereby responding to the defendant's opposition to the motion for reconsideration.

Based upon the information that was previously submitted I do believe that I have just cause for excusable neglect. Point of information, with the exception of the above excusable neglect, I have responded in an appropriate and <u>timely</u> manner to



all matters that have been sent to me. I also have enclosed copies of the certified return registered mail receipts from 11/25/05, which would disprove the defendant's first accusation. I also have copies of <u>all</u> pages of the motion for reconsideration that was sent to the judge as well as the defendant.

    The second point is the information obtained from the Medicare Handbook. According to the defendant, information in the Medicare Handbook are not regulations, and do not have the force of law. Again, I need to disagree with the defendant. It states on the front cover, "This is the official government handbook." If it is not giving official information, the defendant's

③

are misleading the senior population. Again according to the handbook (in the Medicare Covered items and services, Section 12), no where is it stated that transportation and total care must be limited to or only to the closest facility. It also states "medical necessity" which has been proven according to the 3 physician's documentation including the physician with whom Dr. Ippolito discussed the necessary transfer with. If there are any questions that might need to be answered by the above physicians, they are available if needed to confirm this information.

    In conclusion, I am requesting the Court to grant the motion for reconsideration

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Christopher Alberto
   Assistant U.S. Attorney
   United States Courthouse
   Suite 9200
   1 Courthouse Way
   Boston, Mass. 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 3188 5037

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States District Court
   Office of The Clerk
   John Joseph Moakley
   Courthouse
   1 Courthouse Way 02210
   Suite 2300, Boston, MA

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☐ Agent   ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   1-25-05
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 3188 5044

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540