UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05- cv-10126

Rita Perrotti

v.

Michael O. Leavitt

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-10

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/27/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on April 4, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __4/5/06__.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-10126-RGS

Perrotti v. Secretary of Health and Human Services
Assigned to: Judge Richard G. Stearns
Cause: 42:1383 Review of HHS Decision

Date Filed: 01/19/2005
Jury Demand: None
Nature of Suit: 151 Contract: Recovery Medicare
Jurisdiction: Federal Question

**Plaintiff**

Rita Perrotti         represented by   Rita Perrotti
                                       115 Playstead Road
                                       Medford, MA 02155
                                       PRO SE

V.

**Defendant**

Secretary of Health & Human Services   represented by   Christopher Alberto
                                                        United States Attorney's Office
                                                        John Joseph Moakley Federal Courthouse
                                                        1 Courthouse Way
                                                        Suite 9200
                                                        Boston, MA 02210
                                                        617-748-3311
                                                        Fax: 617-748-3972
                                                        Email: christopher.alberto@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/19/2005 | 1 | COMPLAINT against Health & Human Services, Secretary of Filing fee: $ 150, receipt number 61557, filed by Rita Perrotti. (Attachments: # 1)(Flaherty, Elaine) Modified on 3/1/2006 (Flaherty, Elaine). (Entered: 01/26/2005) |
|  |  |  |

| | | |
|---|---|---|
| 01/19/2005 | | Summons Issued as to Health & Human Services, Secretary of. (Flaherty, Elaine) (Entered: 01/26/2005) |
| 01/19/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Flaherty, Elaine) (Entered: 01/26/2005) |
| 04/19/2005 | 2 | *Defendant's* ANSWER to Complaint by Health & Human Services, Secretary of.(Alberto, Christopher) (Entered: 04/19/2005) |
| 04/20/2005 | 3 | ANSWER to Complaint by Health & Human Services, Secretary of.(Alberto, Christopher) (Entered: 04/20/2005) |
| 09/14/2005 | 4 | Judge Richard G. Stearns : Electronic ORDER entered. (Johnson, Mary) (Entered: 09/14/2005) |
| 11/25/2005 | 5 | Response by Rita Perrotti to 2 Answer to Complaint, 3 Answer to Complaint, filed.. (Flaherty, Elaine) (Entered: 11/30/2005) |
| 11/30/2005 | 6 | MOTION for Order to Affirming the Decision of the Secretary by Health & Human Services, Secretary of.(Alberto, Christopher) (Entered: 11/30/2005) |
| 11/30/2005 | 7 | MEMORANDUM in Support re 6 MOTION for Order to Affirming the Decision of the Secretary filed by Health & Human Services, Secretary of. (Alberto, Christopher) (Entered: 11/30/2005) |
| 12/21/2005 | | Judge Richard G. Stearns : Electronic ORDER entered granting 6 Motion for Order "Allowed. While no opposition has been filed, the Secretary is correct on the merits." (Flaherty, Elaine) (Entered: 12/21/2005) |
| 12/21/2005 | | Civil Case Terminated. (Flaherty, Elaine) (Entered: 12/21/2005) |
| 01/10/2006 | 8 | Judge Richard G. Stearns : Electronic ORDER OF DISMISSAL entered. (Johnson, Mary) (Entered: 01/10/2006) |
| 01/10/2006 | 9 | Letter/request (non-motion) from Mary Johnson, Deputy Clerk, toMrs. Rita Perrotti. (Johnson, Mary) (Entered: 01/10/2006) |
| 01/17/2006 | 10 | MOTION for Reconsideration re 8 Order by Rita Perrotti, filed.(Flaherty, Elaine) (Entered: 01/19/2006) |

| 01/30/2006 | 11 | MEMORANDUM in Opposition re 10 MOTION for Reconsideration re 8 Order filed by Health & Human Services, Secretary of. (Alberto, Christopher) (Entered: 01/30/2006) |
|---|---|---|
| 02/07/2006 | 12 | REPLY to Response to Motion re 10 MOTION for Reconsideration re 8 Order filed by Rita Perrotti. (Flaherty, Elaine) (Entered: 02/21/2006) |
| 02/22/2006 | 13 | Judge Richard G. Stearns : ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION entered. "the motion is DENIED."(Johnson, Mary) (Entered: 02/22/2006) |
| 02/22/2006 |  | Judge Richard G. Stearns : Electronic ORDER entered denying 10 Motion for Reconsideration. (Johnson, Mary) Modified on 2/22/2006 (Johnson, Mary). (Entered: 02/22/2006) |
| 03/27/2006 | 14 | NOTICE OF APPEAL as to Order on Motion for Reconsideration by Rita Perrotti. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/17/2006. (Flaherty, Elaine) (Entered: 03/30/2006) |